OGAWA, LAU, NAKAMURA & JEW
Attorneys at Law
A Law Corporation

MICHAEL F. O'CONNOR    1098-0
Ocean View Center
Suite 600
707 Richards Street
Honolulu, HI  96813
Telephone Number:  (808) 533-3999
mfoconnor@ollon.com

Attorneys for Plaintiff
PEARL ULTRA LOUNGE, LLC

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 23 2013

at 3 o'clock and 50 min. P M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PEARL ULTRA LOUNGE, LLC, a Hawaii limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>ITALIAN RESTAURANT #1, LLC., an Arizona company, dba Romano's Macaroni Grill,<br><br>Defendants. | Civil No. CV13  00417 JMS KSC<br>(Other Tort Action)<br><br>**COMPLAINT; SUMMONS** |

7248-002

## **COMPLAINT**

Plaintiff Pearl Ultra Lounge, LLC, a Hawaii limited liability company, by

and through its attorneys for a complaint against Desert Island Restaurants, LLC.,

an Arizona company,and Italian Restaurant #1, LLC., an Arizona company, as

follows:

## FIRST CAUSE OF ACTION

1.  Pearl Ultra Lounge, LLC (hereinafter "Pearl"), is a Hawaii limited

liability company which operated the Pearl Ultra Lounge at Space No. 3230 in the

Ala Moana Center in Honolulu, Hawaii.

2.  Italian Restaurant #1, LLC, is a Arizona limited liability company that

has the lease for Romano's Macaroni Grill (hereinafter "Macaroni Grill") at Space

No. 4240 in Ala Moana Center in Honolulu, Hawaii.

3.  The Court has jurisdiction over this matter based upon diversity of

citizenship pursuant to 28 USC § 1332.  Pearl is a Hawaii company and Macaroni

Grill is owned by the Arizona company named above.

4.  Pearl has operated a night club at Ala Moana Center since 2007.

Macaroni Grill has operated a restaurant, which is located directly above Pearl,

since about 2007.

5.  Over a period of one or more years Macaroni Grill has allowed water

to emanate from its premises and fall onto and into the ceilings and wall systems of
Pearl.

6.     This water intrusion was caused by improper drainage, defective or deteriorated floor seals, clogged drains or clogged piping causing overflow onto Pearl's premises.

7.     The water intrusions into Pearl's ceiling and wall systems has been pervasive and was not limited to isolated spots at Pearl.

8.     The water intrusions into Pearl's ceilings and wall systems caused substantial property damage and allowed for microbial growth to develop, which growth included stachybotrys (known as "toxic black mold").

9.     Because Pearl's premises is now infected with stachybotrys or toxic black mold,  Pearl was forced to shut down its operation on July 31, 2013 and to make the premises to be "content cleansed", which basically will be the gutting of the interior at Pearl.

10.     The content cleansing will cost Pearl approximately $65,000.00 and Pearl must pay consultation costs of $20,000.00 and Pearl will lose approximately $210,000.00 in gross income per month as long as the operation is closed.

11.     Pearl's fixed costs in maintaining its lease, in paying its employee and in paying necessary expenses will be approximately $160,000.00 per month.

12.     Pearl estimates that the costs to "reconstruct" the interior of Pearl, after the interior is gutted, will be approximately $1,000,000.00.

13.    The damages incurred by Pearl were caused by the negligence of Macaroni Grill in the construction, inspection, supervision and/or control of Macaroni Grill's premises and/or in the maintenance of drains and/or pipes or in using defective or deteriorated floor seals or in allowing drains to clog and/or failing to control the water used in cleaning.

## SECOND CAUSE OF ACTION

14.    Pearl realleges all preceding paragraphs as though fully set forth herein.

15.    In the event that Macaroni Grill does not immediately pay the necessary monies to cover Pearl's fixed expenses and pay the monies to restore Pearl to the way Pearl existed before the water damaged occurred, Pearl will incur the loss of the value of the ongoing business in an amount to be determined at trial.

WHEREFORE, Pearl prays for judgment in its favor and against Macaroni Grill, as follows:

A.    That Pearl be awarded all damages proximately caused by Macaroni Grill;

B.    That Pearl be awarded pre judgment interest for the damages suffered;

C.    That Pearl be awarded its costs and disbursements incurred herein, including attorney fees as allowed by law; and

D.     That Pearl be awarded such other and further relief as the court

deems just and proper.

DATED: Honolulu, Hawaii, _____August 22_____, 2013.

_____

MICHAEL F. O'CONNOR
Attorneys for Plaintiff
PEARL ULTRA LOUNGE, LLC