KESSNER UMEBAYASHI BAIN & MATSUNAGA
Attorneys at Law, A Law Corporation

MICHELE-LYNN E. LUKE     5332-0
REBECCA S. LESTER        8208-0
220 South King Street, Suite 1900
Honolulu, Hawaii  96813
Telephone No. (808) 536-1900
Facsimile No.  (808) 529-7177
Email:  mluke@kdubm.com

Attorneys for Defendant
GGP ALA MOANA L.L.C.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PEARL ULTRA LOUNGE, LLC, a Hawaii limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>ITALIAN RESTAURANT #1, LLC., an Arizona company, dba Romano's Macaroni Grill, and GGP ALA MOANA L.L.C., a Delaware limited liability company,<br><br>Defendants.<br>_____ | CIVIL NO. CV13-00417 JMS KSC<br>(Other Tort Action)<br><br>STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF ALL OF PLAINTIFF PEARL ULTRA LOUNGE, LLC'S CLAIMS AGAINST DEFENDANT GGP ALA MOANA, L.L.C.<br><br>TRIAL DATE: September 15, 2015<br>JUDGE: Hon. Michael J. Seabright |

# STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF ALL OF PLAINTIFF PEARL ULTRA LOUNGE, LLC'S CLAIMS AGAINST DEFENDANT GGP ALA MOANA, L.L.C.

IT IS HEREBY STIPULATED by and between Plaintiff Pearl Ultra Lounge, LLC ("Pearl") and Defendant GGP Ala Moana, L.L.C. ("GGP"), by and through their respective undersigned counsel that all of Plaintiff Pearl's claims against Defendant GGP in the Third Amended Complaint filed in the above-entitled matter on April 20, 2015 (Doc. No. 79) shall be dismissed without prejudice pursuant to Rule 41(a)(1)(II) of the *Federal Rules of Civil Procedure*, and LR41.1 of the *Local Rules of Practice for the United States District Court for the District of Hawai`I*, with each party to bear its respective legal fees, experts' fees and costs.

Plaintiff Pearl's claims against Defendant Italian Restaurant #1 LLC, dba Romano's Macaroni Grill were dismissed without prejudice by stipulation on July 2, 2015

Trial in the above entitled matter is scheduled for September 15, 2015.

All appearing parties have signed this Stipulation. The parties agree that this Stipulation may be executed in counterpart signature pages, each of which

---

will be an original and all of which shall be affixed to this Stipulation and shall constitute one and the same Stipulation.

DATED: Honolulu, Hawaii;       August 12, 2015      .


   /s/ MICHAEL F. O'CONNOR
MICHAEL F. O'CONNOR
Attorney for Plaintiff
PEARL ULTRA LOUNGE, LLC

DATED: Honolulu, Hawaii;       August 13, 2015      .


   /s/ MICHELE-LYNN E. LUKE
MICHELE-LYNN E. LUKE
REBECCA S. LESTER
Attorneys for Defendant
GGP ALA MOANA, L.L.C.



   /s/ J. Michael Seabright
J. Michael Seabright
United States District Judge